**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ANTOINETTE ANTONUCCI

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-10788 RG

Hearing Date:  2/5/2020

**INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ANTOINETTE ANTONUCCI

Case No.: 18-10788

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 02/05/2020 on notice to LEE MARTIN PERLMAN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $5,500.00 to the Trustee's office by 2/18/2020 or the case will be dismissed at hearing; and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 2/12/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 2/19/2020 at 10:00 a.m.