Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10788−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette Antonucci
   PO Box 6694
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−5186

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*124* − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 2/5/2020 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 TMG/TMO RECONVERT/DISMISS − PROPOSED ORDER) (Greenberg, Marie−Ann)

Dated: 2/24/20

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10788-RG
Antoinette Antonucci                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 24, 2020
                              Form ID: ntchrgbk        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db         +Antoinette Antonucci,    PO Box 6694,    Jersey City, NJ 07306-0694
cr         +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr         +Lucas, Neumann & Associates, Inc.,    63 Jefferson Avenue,    Westwood, NJ 07675-3634
cr         +NJCC Fund #4 REO Subsidiary LLC,    Knuckles, Komosinski & Manfro, LP,    50 Tice Blvd Ste 183,
             WOODCLIFF, NJ 07677-7681
cr         +Selene Finance, LP,    Friedman Vartolo, LLP,    1325 Franklin Avenue,    Suite 230,
             Garden City, NY 11530-1631
cr         +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
             Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
      Andrew L. Spivack    on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
               CERTIFICATES. nj.bkecf@fedphe.com
      Charles A. Gruen    on behalf of Creditor    Lucas, Neumann & Associates, Inc. cgruen@gruenlaw.com
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE
               Securities Corp. Home Equity Loan Trust, Series Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE
               SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
               CERTIFICATES. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
      Jerome B. Blank    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE
               SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
               CERTIFICATES. nj.bkecf@fedphe.com
      Jonathan C. Schwalb    on behalf of Creditor    Selene Finance, LP bankruptcy@friedmanvartolo.com
      Karen B. Olson    on behalf of Creditor    NJCC Fund #4 REO Subsidiary LLC kbo@kkmllp.com
      Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
      Lee Martin Perlman    on behalf of Debtor Antoinette  Antonucci ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association sdeluca@rasflaw.com
      Sherri Jennifer Smith    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
               FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
               CERTIFICATES. nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
      Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 17