Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−10788−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette Antonucci
   PO Box 6694
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−5186

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/3/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 3, 2020
JAN: slm

        Jeanne Naughton
        Clerk

```
                                    United States Bankruptcy Court
                                           District of New Jersey

In re:                                                                        Case No. 18-10788-RG
Antoinette Antonucci                                                          Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Mar 03, 2020
                               Form ID: 148                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db             +Antoinette Antonucci,    PO Box 6694,    Jersey City, NJ 07306-0694
cr             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +NJCC Fund #4 REO Subsidiary LLC,     Knuckles, Komosinski & Manfro, LP,     50 Tice Blvd Ste 183,
                 WOODCLIFF, NJ 07677-7681
cr             +Selene Finance, LP,    Friedman Vartolo, LLP,    1325 Franklin Avenue,     Suite 230,
                 Garden City, NY 11530-1631
cr             +U.S. Bank National Association,     Robertson, Anschutz & Schneid, P.L.,     6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853
517396128      +Charles A. Gruen, Esquire,    381 Broadway, Ste 300,     Westwood, NJ 07675-2239
517292748      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517277935      +Disney Vacation Club,    c/o R. Nicholas Felix Esq.,    The Clarks Summit,
                 4 Clarks Summit Drive Suite 200,    Charlottesville, VA 22910-0001
517411708      +Disney Vacation Club Management Corp.,     1390 Celebration Blvd,    Celebration, FL 34747-5166
517365060       HSBC Bank USA, National Association as Et.Al.,     Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,     Eagan MN 55121-7700
517396126      +Lucas, Neumann & Associates, Inc.,     63 Jefferson Ave,    Westwood, NJ 07675-3634
517382498      +NJSVC Surcharge Violation System Office,     Bankruptcy Unit,    PO Box 136,
                 Trenton, NJ 08666-0136
517277938      +Phelan Hallinan Diamond & Jones,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517277939     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Seterus Inc,    14523 Sw Millikan Way St,     Beaverton, OR 97005)
517330123     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
517277941      +Sienna Transportation Funding,    24 Wyckoff Avenue,     Waldwick, NJ 07463-1756
517442042      +Specialized Loan Serv,    Attn: Bankruptcy,    8742 Lucent Blvd, Ste 300,
                 Littleton, CO 80129-2386
518041873      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518041874      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517277942      +State of New Jersey Division of Taxation,     50 Barrack Street,    Trenton, NJ 08695-0001
518539646       U.S. BANK NATIONAL ASSOCIATION,,     PHH Mortgage Corporation,    Attn: Bankruptcy Department,
                 PO Box 24605,   West Palm Beach, FL 33416-4605
517410903      +U.S. BANK NATIONAL ASSOCIATION, as Trustee for,     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CE,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
517277944      +Udren Law Offices, PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
517277945      +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517411114      +E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24      CarePoint Health - Physcan CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517277934      +EDI: DISCOVER.COM Mar 04 2020 04:38:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517277936      +EDI: IRS.COM Mar 04 2020 04:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517401709       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:21:42       Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518038752      +E-mail/Text: bkteam@selenefinance.com Mar 04 2020 00:19:28      NJCC Fund #4 REO Subsidiary LLC,
                 c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
517442041      +E-mail/Text: bkteam@selenefinance.com Mar 04 2020 00:19:29      Selene Finance,
                 9990 Richmond Ave, Ste 400 S,    Houston, TX 77042-4546
517277946      +EDI: WFFC.COM Mar 04 2020 04:38:00      Wells Fargo Bank Nv Na,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517410999       NJCC Fund #4 LLC,    c/o Knuckles, Komosinski & Manfro, LLP,
                 565 Taxter Road, Suite 590, Elmsford NY
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2020
                                  Form ID: 148             Total Noticed: 33

cr*             +Lucas, Neumann & Associates, Inc.,     63 Jefferson Avenue,     Westwood, NJ 07675-3634
517277940*     ++SETERUS INC,     PO BOX 619096,     DALLAS TX 75261-9096
                 (address filed with court:    Seterus Inc.,     14523 SW Millikan Street,     Beaverton, OR 97005)
517396127*      +Sienna Transportation Funding,     24 Wyckoff Avenue,     Waldwick, NJ 07463-1756
517277943*      +State of New Jersey Division of Taxation,     50 Barrack Street,     Trenton, NJ 08695-0001
517277937     ##+Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
                                                                                               TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
           ajennings@rasflaw.com
          Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
           CERTIFICATES. nj.bkecf@fedphe.com
          Charles A. Gruen    on behalf of Creditor    Lucas, Neumann & Associates, Inc. cgruen@gruenlaw.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE
           Securities Corp. Home Equity Loan Trust, Series Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE
           SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
           CERTIFICATES. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com,
           informationathnk@aol.com
          Jerome B. Blank    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE
           SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
           CERTIFICATES. nj.bkecf@fedphe.com
          Jonathan C. Schwalb    on behalf of Creditor    Selene Finance, LP bankruptcy@friedmanvartolo.com
          Karen B. Olson    on behalf of Creditor    NJCC Fund #4 REO Subsidiary LLC kbo@kkmllp.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lee Martin Perlman    on behalf of Debtor Antoinette   Antonucci ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association sdeluca@rasflaw.com
          Sherri Jennifer Smith    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
           FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH
           CERTIFICATES. nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Sindi   Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17
```